

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-17-00768-CR

Aurelio **ESCOBAR,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 13-02-03395-ZCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file Brief is hereby granted in part. The appellant's brief is due on April 6, 2018. **Further requests for extension of time in which to file appellant's brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court